# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| TERESA LATHEM, #1222387 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:17cv609 |
| | § | |
| DEWAYNE DOCKERY, ET AL., | § | |
| *Defendants* | § | |

## ORDER OF DISMISSAL

This case was referred to United States Magistrate Judge Christine A. Nowak, who issued a Report and Recommendation concluding Plaintiff's case should be dismissed without prejudice. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed, the court concludes the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the court.

It is therefore **ORDERED** Plaintiff's complaint (Dkt. # 1) is **DISMISSED** with prejudice for failure to state a claim upon which relief can be granted.. All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this 12th day of January, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE